Ian E. Silverberg, Esq. (#5501)
227 Clay Street
Reno, NV 89501
(775) 348-1836
(fax) 348-6331

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EDDIE BUTLER,

            Plaintiff,

    vs.

G.I. TRUCKING COMPANY, a Foreign
Corporation doing business as ESTES
EXPRESS LINES, and DOES 1-10
_____/

Case No. 3:10-cv-00392 ECR-RAM

ORDER GRANTING
JOINT STIPULATION FOR
DISMISSAL WITH
PREJUDICE

     The undersigned counsel of record for the Plaintiff and the Defendant hereby stipulate to the dismissal with prejudice of the above matter based upon the settlement between the parties of this matter.

///
///
///
///
///
///
///
///
///
///
///

1    This dismissal is with prejudice with both sides to bear their own attorneys' fees

2  and costs.

3    DATED this ___ day of April, 2011.

4

5    _____
     \s\
     Ian E. Silverberg, Esq. (#5501)

6    227 Clay Street
     Reno, NV 89501

7    (775) 348-1836
     Attorney for Plaintiff

8

9    DATED this ____ day of April, 2011.

10   _____
     \s\
     David L. Terry, Esq.
     Poyner Spruill

11   301 S. College Street, Suite 2300
     Charlotte, NC 28202-6021

12   Attorney for Defendant

13

14   IT IS SO ORDERED.

15       DATED this 19th day of April 2011.

16

17   _____
     District Court Judge

18

19

20

21

22

23

24

25

26

27

28                              -2-

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of Ian E. Silverberg, Esq., and that on this day I caused to be delivered by U.S. Mail, postage pre-paid, a true and correct copy of the foregoing INITIAL DISCLOSURES to the individual listed below:

Leslie Bryan Hart, Esq.
Lionel Sawyer & Collins
50 W. Libeerty St., Suite 1100
Reno, NV 89501

and

David Terry
Robert Meyer
Poyner Spruill, LLP
301 College St., Suite 2300
Charlotte, NC 28202

Dated this 3rd day of January, 2011.

\s\
Ian E. Silverberg

-3-